**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
PAUL H. HIRSCH, STATE BAR NO. 327374
ph@brockgonzales.com
**Attorneys for Plaintiff**
Kristina Henderson

REBECCA BENHURI, Bar No. 209443
rbenhuri@littler.com
LITTLER MENDELSON, P.C.
10 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.: 415.399.8490
**Attorneys for Defendant**
Bureau Veritas North America, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTINA HENDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU VERITAS NORTH AMERICA, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01960-JDP<br>Complaint Filed: July 7, 2023<br>Removed: September 12, 2023<br>Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**

## ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear her/its own fees and costs.

**IT IS SO ORDERED.**

Dated: July 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE